| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MCCALLA, JON P | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>6/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/20 4<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>167 N. MAIN STREET<br>9TH FLOOR<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 20 A 10: 46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | McCALLA EAR, NOSE & THROAT, P.C. - PHYSICIAN |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FEDERAL LAND BANK | MCCALLA FARMS | K |
| 2. FIRST TENNESSEE BANK | MORTGAGE ON COMMERICAL BUILDING, PART VII, LINE 60 | N |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 1ST TN BANK - CHECKING/SAVING MEMPHIS, TN | A | Int | K | T | | | | | |
| 2. ▮▮▮▮ FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | L | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TENNESSEE 12/16/94 | A | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TENNESSEE 11/28/94 | A | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TENNESSEE 11/28/94 | A | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | B | Dividend | L | T | | | | | |
| 8. IRA-MORGAN KEEGAN-CASH | A | Interest | J | T | | | | | |
| 9. IRA-MORGAN KEEGAN-FIRST EAGLE | A | Dividend | L | T | | | | | |
| 10. IRA-MORGAN KEEGAN-NEW PERSPECTIVE | A | Dividend | K | T | | | | | |
| 11. IRA - MORGAN KEEGAN-DAVE & BUSTERS SHS COMMON | | None | J | T | | | | | |
| 12. IRA - MORGAN KEEGAN-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 13. SHS ALLMERICA FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 14. SHS LUCENT TECHNOLOGY COMMON | | None | J | T | | | | | |
| 15. SHS LUCENT TECHNOLOGY COMMON | | None | J | T | | | | | |
| 16. IRA-FIRST TENNESSEE BANK | A | Dividend | J | T | | | | | |
| 17. SHS MERCK COMMON | A | Dividend | | | SOLD | 12/28 | J | | |
| 18. SHS PFIZER COMMON | A | Dividend | | | SOLD | 12/28 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AMERICAN GROWTH FUND | A | Dividend | J | T | | | | | |
| 20. INVESTMENT CO OF AMERICA | A | Dividend | K | T | | | | | |
| 21. SHS INTEL COMMON | A | Dividend | | | SOLD | 12/28 | J | | |
| 22. SHS MICROSOFT COMMON | A | Dividend | | | SOLD | 12/28 | J | | |
| 23. AMERICAN NEW PERSPECTIVES FUND | A | Dividend | J | T | | | | | |
| 24. AMERICAN GROWTH FUND | A | Dividend | | | SOLD | 8/2 | K | | |
| 25. INVESTMENT CO OF AMERICA | A | Dividend | | | SOLD | 8/2 | K | | |
| 26. FIRST FUNDS CASH RESERVE III | | None | | | CLOSED | 08/02 | J | | |
| 27. MEMPHIS ENT NETWORK, MEMPHIS, TN | | None | J | W | | | | | |
| 28. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO. TENNESSEE | A | Rent | K | W | | | | | |
| 29. FRACTIONAL INTEREST IN FARM LAND INHERITED | A | Rent | L | W | | | | | |
| 30. IRA-MORGAN KEEGAN-AIM AGRESSIVE GROWTH | A | Dividend | J | T | | | | | |
| 31. IRA-MORGAN KEEGAN-MUNDER NET NET FUND | A | Dividend | J | T | | | | | |
| 32. MORGAN STANLEY LIQUID ASSET FUND | A | Dividend | K | T | | | | | |
| 33. SHS WEATHERFORD INTL COMMON | | None | | | SOLD | 12/28 | J | A | |
| 34. FIRST FUNDS CASH RESERVE | A | Dividend | J | T | | | | | |
| 35. AGERE CL B COMMON | | None | J | T | | | | | |
| 36. AGERE CL A COMMON | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. AGERE CL B COMMON | | None | J | T | | | | | |
| 38. AGERE CL A COMMON | | None | J | T | | | | | |
| 39. MORGAN STANLEY LIQUID ASSET FUND | A | Dividend | | | CASHED IN | 8/2 | J | | |
| 40. IRA-MORGAN STANLEY-AM GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 41. IRA-MORGAN STANLEY-PUTNAM MID CAP VALUE | A | Dividend | K | T | | | | | |
| 42. IRA-MORGAN STANLEY-CALAMOS GROWTH FUND | A | Dividend | L | T | | | | | |
| 43. IRA- MORGAN STANLEY-PIMCO PEA VALUE FUND | A | Dividend | L | T | | | | | |
| 44. PUTNAM MID CAP VALUE | | None | L | T | | | | | |
| 45. PUTNAM MID CAP VALUE | | None | K | T | | | | | |
| 46. CALAMOS GROWTH FUND | A | Dividend | K | T | | | | | |
| 47. ING INTL VALUE FUND | | None | K | T | | | | | |
| 48. RG PREMIER BANK OF PUERTO RICO CD | A | Interest | | | REDEEMED | 6/30 | J | | |
| 49. FREMONT INVT & LOAN CD | A | Interest | | | REDEEMED | 1/2 | J | | |
| 50. ROTH-FIRST TENNESSEE | A | Interest | J | T | | | | | |
| 51. IRA-MORGAN STANLEY-VAN KAMPEN GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 52. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA | A | Dividend | L | T | | | | | |
| 53. IRA-MORGAN STANLEY-PEMCO PEA VALUE | A | Dividend | K | T | | | | | |
| 54. IRA-MORGAN STANLEY-GM CV SEN NOTES | | None | | | SOLD | 1/12 | K | E | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | IRA-MORGAN STANLEY-DISCOVER BANK CD | A | Interest | J | T | | | | | |
| 56. | IRA-MORGAN STANLEY-ALLSTATE T-LINK ANNUITY | A | Interest | M | T | | | | | |
| 57. | GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 58. | PIMCO PEA VALUE | A | Dividend | K | T | | | | | |
| 59. | MEDCO HEALTH SOLUTIONS-SPIN OFF FROM MERCK-SEE LINE 17 | | None | | | SOLD | 12/28 | J | | |
| 60. | COMMERCIAL REAL ESTATE-MEMPHIS, TN | E | Rent | N | R | | | | | |
| 61. | IRA-MORGAN STANLEY-GENERAL ELECTRIC | A | Dividend | K | T | BOUGHT | 4/30 | K | | |
| 62. | IRA-MORGAN STANLEY-PIMCO COMMOD REAL RET STRAT | A | Dividend | K | T | BOUGHT | 4/30 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SCHEDULE VII, LINE 2
1/3 INTEREST IN MCCALLA FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DEED DATED 12/16/94.

SCHEDULE VII, LINE 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DEEDS DATED 11/28/94.

SCHEDULE VII, LINE 28
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 29
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 60
COMMERCIAL REAL ESTATE WAS PURCHASED 8/3/03 FOR $479,988.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCALLA, JON P | 6/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

Date _June N, 2005_

NOTE       IDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544